IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

J & J SPORTS PRODUCTIONS, INC.                                                        PLAINTIFF

VS.                              CASE NO. 4:07CV00629 JMM

JAMES BRYANT, INDIVIDUALLY AND
D/B/A ERNIE BIGGS, ET AL.                                                             DEFENDANTS

### ORDER

Pending before the Court is defendant James Bryant's Motion to Dismiss Complaint for Damages in which he contends that plaintiff's complaint against him in his individual capacity should be dismissed because the complaint fails (1) to state allegations concerning any unlawful conduct by James Bryant; (2) to set forth allegations against James Bryant sufficient to sustain a cause of action based upon conversion; (3) to make any allegations regarding piercing the corporate veil of separate defendant Ernie of Little Rock, Inc.; (4) to allege how James Bryant was involved in the alleged conversion; (5) to allege that James Bryant intentionally took or exercised dominion or control over the property; and (6) to substantiate a claim against James Bryant, individually.  Separate defendant Bryant also contends that he has no individual liability for any of the three causes of action asserted by the complaint.

Plaintiff has responded by filing a Notice of Opposition and Opposition to Separate Defendant James Bryant's Motion to Dismiss.  In this pleading, plaintiff concedes that its complaint fails to set forth specific allegations against James Bryant and request that defendant's motion be denied and the Court permit it leave to amend its complaint to cure its deficiencies.

Plaintiff has provided the Court with a copy of the proposed amended complaint.

Based upon the pleadings, the Court will allow plaintiff to amend its complaint. See Fed. R. Civ. P. 15(a) (leave to amend shall be freely given when justice so requires).

Plaintiff is directed to file the amended complaint within five (5) days from the date of the entry date of this Order.

The pending motion to dismiss is dismissed without prejudice as moot (#8).

IT IS SO ORDERED THIS   31   day of   October  , 2007.

_____
James M. Moody
United States District Judge