### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION


J & J SPORTS PRODUCTIONS, INC.                                    PLAINTIFF

vs.                          CASE NO. 4:07cv00629 JMM

JAMES BRYANT and                                              DEFENDANTS
ERNIE BIGGS OF LITTLE ROCK, INC.


### ORDER OF DISMISSAL

Based on the stipulation of dismissal as to all Defendants (docket entry #16), the above case is dismissed.

The complaint and all claims in this action are hereby dismissed with prejudice.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary. If the parties desire any settlement agreement be made a part of the record herein, they are directed to reduce it to writing and file with the Court within 30 days of the date of this order.

IT IS SO ORDERED this 26th day of November, 2007.


_____
UNITED STATES DISTRICT JUDGE